UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GENERAL PARTS DISTRIBUTION
LLC,

    Plaintiff,

v.                                    CASE NO.: 8:13-cv-2500-T-23EAJ

WILLIAM ENRIGHT,

    Defendant.
_____/

**ORDER**

General Parts Distribution moves (Doc. 3) to preliminarily enjoin Enright, a former employee, from violating a covenant not to compete, a covenant not to disclose, and a covenant not to solicit. On December 6, 2013, Magistrate Judge Elizabeth A. Jenkins issued (Doc. 30) a report that recommends denial of the motion. General Parts objects (Doc. 33) to the report and recommendation only to the extent of the covenant not to solicit. Enright responds (Doc. 34) in opposition. Among other material infirmities, General Parts' motion fails to demonstrate a likelihood of irreparable injury. After a careful review of the papers, General Parts' objection (Doc. 33) is **OVERRULED**, the report and recommendation (Doc. 30) is **ADOPTED**, and the motion (Doc. 3) is **DENIED**.

ORDERED in Tampa, Florida, on January 10, 2014.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE